UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

INTERNET BUS SYS INC.

-vs-                                          Civil No. 3:02cv1495 MRK

MICHAEL PEREZ
FIBER OFC NET INC

## JUDGMENT

A notice of proposed dismissal [4-1] of the above-captioned action having been sent to counsel of record on October 6, 2003, pursuant to this Court's Local Rule 41(a) and,

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefore having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

Dated at New Haven, Connecticut, this 6th day of November, 2003.

Kevin F. Rowe, Clerk

By *Kenneth R. Ghilardi*
Kenneth R. Ghilardi
Deputy Clerk

EOD:_____